NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PACIRA PHARMACEUTICALS, INC., PACIRA BIOSCIENCES, INC.,**
*Plaintiffs-Appellants*

v.

**EVENUS PHARMACEUTICALS LABORATORIES INC., JIANGSU HENGRUI PHARMACEUTICALS CO., LTD., FRESENIUS KABI USA, LLC,**
*Defendants-Appellees*

---

2024-2334

---

Appeal from the United States District Court for the District of New Jersey in No. 2:21-cv-19829-MCA-JRA, 2:22-cv-00718-MCA-JRA, Judge Madeline Cox Arleo.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                 PACIRA PHARMACEUTICALS, INC. v. EVENUS
PHARMACEUTICALS LABORATORIES INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

April 10, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 10, 2025